IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

ASHLEIGH M. ADDIS,

        Plaintiff,

vs.                              Case No. 20-1363-SAC

DOUG BRADLEY TRUCKING, INC.,

        Defendant.

**O R D E R**

Upon due consideration, the court hereby grants the joint motion for order approving settlement. Doc. No. 5. The court finds that the agreement at Doc. No. 5-1 is a fair, equitable and reasonable resolution of the disputed claims and directs that this action be dismissed with prejudice in accordance with the settlement agreement, with each party to bear their own costs and attorneys' fees incurred in this action.

**IT IS SO ORDERED.**

Dated this 4th day of January 2021, at Topeka, Kansas.

                          s/Sam A. Crow_____
                          U.S. District Senior Judge